readme

The user info.txt file is a record of the transactional information on the account.

The csv folder contains the file activity for the account, separated by activity in the root and separate shared folders.

The columns are as follows:


timestamp = the time the change took place (in GMT)

user_id = the user id of the person who made the change

path = the path (in Dropbox) of the file

size = the size of the file (if -1, it means it is a delete action. if it's a 0, it's a folder creation action. if it's positive, it's a file upload action)

```
                                    user info
Name: Kasper Bihlet
Email: kbihlet@gmail.com
User: 65964769
Joined: 2012-03-07 19:48:14 GMT
Subscription Status: Unpaid


Login Timestamps and IPs
Timestamp (GMT)          IP
2015-03-13 14:26:37      50.244.114.26


Linked Computer Information
Last Seen Time (GMT)     IP
2013-03-24 16:02:00      98.196.168.22
2013-08-14 16:17:00      98.199.169.252
2013-08-14 13:55:00      98.199.169.252
2013-06-14 09:56:00      62.25.47.236
```

DROPBOX 000002

```
                           sharedfolderinfo
Namespace ID      Path                                            Active
107448143         root                                            True
232193192         /Photos/Jackson Hole 2013                       False
237697333         /SAIPEM PERLA VESSEL CERTIFICATES               False
288096576         /work/Spliethoff                                False
340380823         /Email                                          False
```

```
                      How to use the Public folder
The Public folder lets you easily share single files in your Dropbox. Any file you
put in this folder gets its own Internet link that you can share with others -- even
non-Dropbox users!

Step 1:  Drop a file into the Public folder.

Step 2:  Right-click this file, then choose Dropbox > Copy Public Link. This copies
an Internet link to your file that you can paste anywhere: emails, instant messages,
blogs, etc.

That's it! To share your file, just send the link to a friend.

Happy Dropboxing!
- The Dropbox Team

P.S. You can only link to actual files within your Public folder, not to folders.
For help with sharing files visit http://www.dropbox.com/help/16
```