DROPBOX 000150

| Date | Time | ID | Path | Flag |
|---|---|---|---|---|
| 8/14/13 | 16:05 | 65964769 | /Offshore/HSE/Jubilee 1A HIRA 10.09.12.Rev 2 10.10.12.docx | -1 |
| 8/14/13 | 16:05 | 65964769 | /Offshore/Global Offshore/SCT offshore rates May 2011.xlsx | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/Tonnage Tracking evaluation/Period Ship Tracking.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/MV Fanja - Casings + stacks with deck option.jpg | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Scan-Trans offer for Artenius Muskiz Project.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/windmill/Prestow plan/HENAN SCAN 49 m blades.pdf | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Tracking tools/GE RFQ Tracking 10 June 2009.xlsx | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/Copy of G E  RFP 2008.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/EU 38 new dates Paula.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/US 55  Lanco and Juba.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/HRSG/HRSG STOWAGE/HRSG Stacked and unstacked.JPG | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Duke Edwards/Haiphong-New Orlean.png | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Duke Edwards/Margrete C Schedule.png | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Annegret/'Annegret' GE  S-22555.msg | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Drawings - Pictures/Albany/Albany 450HStator.TIF | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Drawings/Yokohama/324Stator lift ex Yokohama.jpg | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Booking notes G.E/G.E. of Invoice Template 2.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /work/Contacts/Berry Y & V Industrial Contracting  ULC.msg | -1 |
| 8/14/13 | 16:05 | 65964769 | /work/Contacts/Jean  John  De Keyser - no longer there.msg | -1 |
| 8/14/13 | 16:05 | 65964769 | /work/Contacts/Noe Lee Chavez (nchavez@owlhouston com).msg | -1 |
| 8/14/13 | 16:05 | 65964769 | /offshore/Technip/Technip Mobile - Ghana/CFL Prospect.PNG | -1 |
| 8/14/13 | 16:05 | 65964769 | /Offshore/Subsea 7/Epic Guara Lula Project LB0522-RFQ-144 | -1 |
| 8/14/13 | 16:05 | 65964769 | /offshore/Saipem/Perla Project/ANNEX H Code of Ethics.pdf | -1 |
| 8/14/13 | 16:05 | 65964769 | /Offshore/Global Offshore/saipem - Caranx newbuilding.doc | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/Tonnage Tracking evaluation/TC Comparison sheet.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/ITO Handbook Ocean Jan 2011 World logistics.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/windmill/Prestow plan/G  SCAN - 49 m blades.pdf | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/windmill/Prestow plan/RE  Windmill contract.msg | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Tracking tools/12 Feb 2010 GE RFQ Tracking.xlsx | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/Asia 37 Revised3 (2).xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Montoir/Shanghai-Nantes packinglist | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Duke Edwards/60A-Asia Stow plan.JPG | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Drawings - Pictures/Haiphong/Beluga Fascination | -1 |
| 8/14/13 | 16:05 | 65964769 | /work/Contacts/Mexico  C A  and U S  overflow Sailing.msg | -1 |
| 8/14/13 | 16:05 | 65964769 | /work/Contacts/Steve Jurica - moved to Martin Bencher.msg | -1 |
| 8/14/13 | 16:05 | 65964769 | /offshore/Saipem/Ichthys Pipe delivery project/pipes.PNG | -1 |
| 8/14/13 | 16:05 | 65964769 | /offshore/Presentations/VTAST Jan 27-Feb 8 2010 - BC.wmv | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/ScanTrans Late Arrival POI Analysis Q3 (3).xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/windmill/RFQ Bhoruka Wind scan-trans offer.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/windmill/Tower Drawings/100M 1.6 100 Dims.xlsx | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Tracking tools/09 Mar 2010 GE RFQ Tracking.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Tracking tools/17 Feb 2010 GE RFQ Tracking.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/Tracking tools/GE RFQ Tracking 09 Feb 2010.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/Asia 43 A SCT offer.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/EU 32 (revised) (3).xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/SAL offer EU 31 (2).xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/Sct Offer Asia 42 A.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/RFQ & High Level plans/US 69 USA SCT OFFER.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/HRSG/Emal/BN EU 27B EMAL Genoa - Abu Dhabi.doc | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Ann-Sofie Scan Qingdao-Port Kelang | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/GE Antwerp-Colombo Packinglist.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Venus Scan Fremantle - Port Kelang | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Samara II Aqaba/Vibke Schedule.pdf | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Duke Edwards/Duke Edwards PL's.xls | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/Duke Edwards/Masan-New Orleans.png | -1 |
| 8/14/13 | 16:05 | 65964769 | /Work/G.E/G.E Archive/RE  'Annegret' GE (2).MSG | -1 |
| 8/14/13 | 16:05 | 65964769 | /work/Contacts/Chile Urs Schaerer - moved to Mammoet.msg | -1 |

DROPBOX 000203

| timestamp | user | path | size |
|---|---|---|---|
| 6/7/13 18:51 | 65964769 | /Caribs mts 1210 mkt share.pdf | 277967 |
| 6/7/13 18:51 | 65964769 | /Col mts 1210 mkt share.pdf | 258623 |
| 6/7/13 18:51 | 65964769 | /Flour.pdf | 523448 |
| 6/7/13 18:51 | 65964769 | /G.E | 0 |
| 6/7/13 18:51 | 65964769 | /G.E/2011_GST_Survey.docx | 16811 |
| 6/7/13 18:51 | 65964769 | /G.E/5. Heater Information.zip | 1892733 |
| 6/7/13 18:51 | 65964769 | /G.E/A-Type Juba project shipment schedule.pdf | 319059 |
| 6/7/13 18:51 | 65964769 | /G.E/Agency list for G.E..doc | 45056 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc | 0 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/2009 GE Terms and Conditions non negotiable.DOC | 631296 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/2010 Terms and Conditions Final.pdf | 58942 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/3-5 year service contract.doc | 1402368 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/Appendix 2 Scan-Trans Tonnage list.pdf | 33133 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/BN Ice Crystal - GE FEAST - Lisbon & Casa Blanca .pdf | 36425 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/BN SCT TBN - GE Lares Huangpu - Lisbon BNDTD 30April2008.pdf | 36043 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/Bunker Usage Matrix.xls | 17408 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/Carrier Profile 2008 rev 1..xls | 58880 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/Copy of General Electric Service Contracts 2009 SAL SCT oct 8.xls | 124416 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/EHS Policy (2).pdf | 284912 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/EHS Policy.pdf | 40096 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/GE Energy Integrity Agreement Scan-trans Inc.doc | 60416 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/GE Energy Integrity Agreement Scan-Trans Inc.pdf | 52753 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/GE Energy Transportation MNDA Scan-trans inc.doc | 614912 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/GE Energy Transportation MNDA template.pdf | 84432 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/GE OCEAN HANDBOOK 2012.xlsx | 21222 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/GE Supplier Integrity Commitment Scan-Trans Inc.pdf | 95598 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/General Electric Service Contracts 2009 SAL & SCT.xls | 138240 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/SAL + Scan-Trans Carrier Profile 2008 rev 3.xls | 58880 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/ScanTrans.pdf | 124757 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/signed Addendum to Ts Cs fm Scan-trans.pdf | 53534 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/Supplier Integrity.pdf | 54084 |
| 6/7/13 18:51 | 65964769 | /G.E/Agreements & Contracts etc/SUPPLY CHAIN SECURITY AGREEMENT.pdf | 61084 |
| 6/7/13 18:51 | 65964769 | /G.E/Alger Por Project - Antwerp to Alger (2).xls | 72704 |
| 6/7/13 18:51 | 65964769 | /G.E/Andy Cox GE Executive Logistics Leader.pdf | 181815 |
| 6/7/13 18:51 | 65964769 | /G.E/Antwerp - Annaba.xlsx | 24480 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E | 0 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN 2.5 MW Windmill blades Santos-Midia.doc | 7095296 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN AS 133 Shanghai - Kakinada dtd 10 June 2011.doc | 826880 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Asia 67 Shanghai-Kota Kinabalu dtd.29July 2009.doc | 827392 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Asia 81 Masan - Abu Dhabi dtd.29July 2009.doc | 826880 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Asia 82 Shanghai-Bilbao dtd.15July 2009.doc | 827392 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Asia 83 Shanghai - Iskenderun dtd 02 December 2009.doc | 184832 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Duke 3 July Shipment dtd 15 June 2009.doc | 826368 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Duke 4 August Shipment dtd 28 July 2009.doc | 826880 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Duke 5 September Shipment dtd 27 August 2009.doc | 826368 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Duke 6 October Shipment dtd 05 October 2009.doc | 826368 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN Duke 6 October Shipment dtd 05 October 2010.pdf | 452076 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN EU 151 Bilbao-Ilo dtd 27.April 2012.doc | 828416 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN EU 55 Antwerp - Iskenderun dtd 10 Nov 2009.pdf | 1245447 |
| 6/7/13 18:51 | 65964769 | /G.E/Booking notes G.E/BN EU 76 Antwerp - Iskenderun dtd 21 Nov 2009.pdf | 452076 |