UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERMARINE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SPLIETHOFF BEVRACHTINGSKANTOOR, B.V., et al.,<br><br>    Defendants. | Case No. 15-mc-80211-MEJ<br><br>(S.D. Tex. Case No. 4:14-CV-00145)<br><br>**ORDER RE: MOTION TO QUASH SUBPOENA**<br><br>Re: Dkt. No. 1 |

Non-party Dropbox, Inc., which is located in this District, has received a Subpoena to Testify at a Deposition in *Intermarine, LLC v. Spliethoff Bevrachtingskantoor, B.V.*, 4:14-CV-00145, currently pending in the United States District Court for the Southern District of Texas. Intermarine subpoenaed Dropbox for deposition to authenticate and lay the foundation for the admissibility of records Dropbox has already produced in response to a document subpoena. Opp'n at 8, Dkt. No. 8. Dropbox now moves for an order quashing the Deposition Subpoena, arguing it already provided a certificate of authenticity signed by a Dropbox records custodian sufficient for Intermarine to authenticate the records at issue. Mot. at 2, Dkt. No. 1; Tyler Decl, Ex. G, Dkt. No. 2. Dropbox has also provided a custodian affidavit. Tyler Decl., Exs. H-I. As Dropbox has provided a certificate of authenticity and custodian affidavit for the records at issue, it is not clear that a deposition is necessary, nor would one be required given Dropbox's status as a non-party document storage and service that did not create any documents at issue. Accordingly, the Court ORDERS the parties to meet and confer on this issue. If possible, the parties shall meet and confer in person, but they may otherwise meet by videoconference. If unable to resolve their dispute, the parties shall file a joint status letter in compliance with the undersigned's Discovery Standing Order, available at http://www.cand.uscourts.gov/mej.

**IT IS SO ORDERED.**

Dated: August 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge